**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

PAULO JONATAN MARTINEZ PINEDA,

Petitioner,

v. CIVIL ACTION NO. 3:26-0512

DAVID VENTURELLA, Acting Director,
United States Immigration and Customs
Enforcement;
MARKWAYNE MULLIN,
Secretary of Homeland Security;
TODD BLANCHE,
United States Attorney General;
DAVID KLUEMPER,
Supervisory Detention and Deportation
Officer, United States Immigration and
Customs Enforcement;
KENNETH BARNETT, Supervisory Detention
and Deportation Officer, United States
Immigration and Customs Enforcement;
JOHN RIFE, Field Office Director,
Philadelphia Field Office, United States
Immigration and Customs Enforcement,
in their official capacities,

Respondents.

**MEMORANDUM OPINION AND ORDER**

Pending before the Court is a Petition for Habeas Corpus relief filed by Petitioner Paulo Jonatan Martinez Pineda.[1] *Am. Pet*., ECF No. 6. For the reasons discussed below, the Petition is **GRANTED**.

---

[1] The Petition was initially filed as a next friend petition. *Pet.*, ECF No. 1.

Petitioner challenges his current civil immigration detention without an individualized custody determination and requests immediate release. *Am. Pet*. ¶¶ 2–3, 16–18. Petitioner was arrested on the morning of August 17, 2026, within the interior of the United States, in or around Huntington, West Virginia, following a traffic stop. *Id.* ¶ 15. He was then transported to the ICE processing facility in Poca, West Virginia. *Id.*; *Gov't's Resp.* 4, ECF No. 7. This Petition was initially filed around 11:53 A.M. on the same day. *Pet.*, ECF No. 1.

The Government states that it presents the same arguments previously rejected by this Court and indicates a hearing on the matter is not necessary. *Gov't's Resp.* 2. Petitioner has agreed that a hearing and further briefing are not necessary to the extent the pleadings are sufficient to grant their requested relief. *Pet'r's Notice* 1, ECF No. 9. This Court's opinions are adopted and form the basis for this brief opinion.[2] The Government's arguments have been uniformly rejected by Courts within this District.[3] The Court's analysis of the Immigration and Nationality Act and entitlement to due process within it has not changed.

For the previously stated reasons, Respondents' Motion to Dismiss, ECF No. 7, is **DENIED**, and Petitioner's Amended Petition, ECF No. 6, is **GRANTED**.[4] Respondents are **ORDERED** to **PROMPTLY RELEASE PETITIONER** Martinez Pineda at the Federal Courthouse in Huntington, WV, no later than tomorrow, **Friday, August 21, 2026, at 12:00 PM**. Respondents are **ORDERED** to transport Petitioner Martinez Pineda back to the Southern District

---

[2] *See e.g., Linarez Vilchez v. Kluemper*, No. 3:26-0261, 2026 WL 1049282 (S.D. W. Va. Apr. 17, 2026); *Uulu v. Aldridge*, No. 3:26-073, 2026 WL 401200 (S.D. W. Va. Feb. 12, 2026); *Simanca Gonzalez v. Aldridge*, No. 3:26-0055, 2026 WL 313476 (S.D. W. Va. Feb. 5, 2026).

[3] *See Izaguirre v. Mason*, No. 2:26-CV-00121, 2026 WL 561235, at *3–5 (S.D. W. Va. Feb. 27, 2026) (Goodwin, J.); *Umarov v. Mason*, No. 2:26-cv-00081, 2026 WL 381614, at *5 (S.D. W. Va. Feb. 11, 2026) (Berger, J.); *Briceno Solano v. Mason*, No. 2:26-cv-00045, 2026 WL 311624, at *20 (S.D. W. Va. Feb. 4, 2026) (Johnston, J.).

[4] The Court does not address nor make any ruling upon the validity or invalidity of the "Notice to Appear" attached to the Government's Response. *Gov't's Resp. Ex. 1*, 6, ECF No. 7-1.

of West Virginia. Respondents are **DIRECTED** to provide reasonable notice of at least three hours to Petitioner's counsel of the anticipated time and place of Petitioner's release. Respondents are **ORDERED** to facilitate the prompt return of all property seized incident to Petitioner Martinez Pineda's detention, including legal documents. Respondents shall file a notice of compliance with the Court.

The Court **ORDERS** that Respondents are **PROHIBITED** from re-arresting and detaining Petitioner Martinez Pineda under 8 U.S.C. § 1225 and are **PROHIBITED** from re-arresting and detaining Petitioner Martinez Pineda under 8 U.S.C. § 1226(a) absent notice, a reasonable opportunity to obtain counsel, and a constitutionally adequate custody determination hearing before a neutral and detached decisionmaker. Respondents are **PERMANENTLY ENJOINED** from imposing any conditions or restraints on Petitioner Martinez Pineda's liberty (including but not limited to an ankle monitor, curfew, or electronic monitoring) without an individualized assessment of the need for such restraints and a pre-deprivation hearing before a neutral and detached decisionmaker.

The Show Cause Hearing previously scheduled for tomorrow, August 21, 2026, is **CANCELLED**.

The Court **DIRECTS** the Clerk to send a copy of this written Opinion and Order to counsel of record and any unrepresented party.

ENTER: August 20, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE