**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

PAULO JONATAN MARTINEZ PINEDA,

Petitioner,

v. CIVIL ACTION NO. 3:26-0512

DAVID VENTURELLA, Acting Director,
United States Immigration and Customs
Enforcement;
MARKWAYNE MULLIN,
Secretary of Homeland Security;
TODD BLANCHE,
United States Attorney General;
DAVID KLUEMPER,
Supervisory Detention and Deportation
Officer, United States Immigration and
Customs Enforcement;
KENNETH BARNETT, Supervisory Detention
and Deportation Officer, United States
Immigration and Customs Enforcement;
JOHN RIFE, Field Office Director,
Philadelphia Field Office, United States
Immigration and Customs Enforcement,
in their official capacities,

Respondents.

**JUDGMENT ORDER**

For the reasons stated in the Memorandum Opinion and Order entered in the above-styled matter, the Court **ORDERS** judgment be entered in favor of Petitioner and this case be dismissed and stricken from the docket.

The Court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and to any unrepresented party.

ENTER: August 20, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE